# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**JAMIE ZAVATSKY,**

        **Plaintiff,**

    **v.**                                **Case No.:**   **2:15-cv-2776**
                                                    **JUDGE GEORGE C. SMITH**
                                                    **Magistrate Judge Kemp**

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER**
**OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

The parties have stipulated to an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.    Pursuant to that Joint Stipulation (Doc. 19), Plaintiff is awarded the sum of $3,400.00.    The award of attorney fees satisfies any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. §2412.    Any fees paid belong to Plaintiff, and not his attorney, and can be offset to satisfy pre-existing debt that Plaintiff owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010).    If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

        **IT IS SO ORDERED.**

                                            */s/ George C. Smith*
                                            **GEORGE C. SMITH, JUDGE**
                                            **UNITED STATES DISTRICT COURT**